**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000748**
**04-AUG-2021**
**07:46 AM**
**Dkt. 99 ODMR**

NO. CAAP-20-0000748

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF J.M. and Z.M., Minors

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-S NO. 19-00007)

ORDER
(By: Ginoza, Chief Judge, Leonard and Hiraoka, JJ.)

Upon consideration of the July 27, 2021 Motion to Reconsider by Appellant Mother, and the records, this court did not overlook or misapprehend any law or fact.  Hawaiʻi Rules of Appellate Procedure Rule 40(b).

IT IS HEREBY ORDERED that the Motion to Reconsider is denied.

DATED: Honolulu, Hawaiʻi, August 4, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge